Nathan Brown
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel DeClements and Sam Tuli, individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RE/MAX LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant | Case No.:<br><br><br>**CLASS ACTION COMPLAINT**<br><br><br>**JURY DEMAND** |

## CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Daniel DeClements ("Plaintiff DeClements" or "DeClements") and Plaintiff Sam Tuli ("Plaintiff Tuli" or "Tuli") bring this Class Action Complaint and Demand for Jury Trial against Defendant Re/Max, LLC. ("Defendant" or "Re/Max") to stop Re/Max from directing its realtors to violate the Telephone Consumer Protection Act ("TCPA"), or at the very least from ratifying their realtors' TCPA violative conduct. Specifically, Re/Max's realtors use third party lead generating services to mine expired property listings from the Multiple Listing Service ("MLS"). These lead generators use skip-tracing to match cell phone numbers of the owners of those expired listings to the properties to allow realtors to cold call them without consent. These calls are often made using an autodialer

CLASS ACTION COMPLAINT JURY DEMAND - 1

and/or to telephone numbers on the national Do Not Call registry ("DNC") in violation of the TCPA.

In this case, both Plaintiff DeClements and Plaintiff Tuli received repeated telemarketing calls from Re/Max realtors after their respective property listings expired, canceled, or otherwise withdrawn on the MLS. As a result, Plaintiff Tuli and Plaintiff DeClements seek to obtain injunctive and monetary relief for all persons injured by Re/Max's ratification and endorsement of this pernicious telemarketing.  Plaintiff DeClements and Plaintiff Tuli, for this Complaint, allege as follows upon personal knowledge as to themselves and their own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by their attorneys.

## PARTIES

1.     Plaintiff Daniel DeClements is a resident of Rio Verde, Arizona.

2.     Plaintiff Sam Tuli is a resident of Allen, Texas.

3.     Defendant Re/Max is a Delaware limited liability company headquartered at 5075 S. Syracuse Street, Denver, CO 80237. Defendant conducts business throughout this District and the United States.

## JURISDICTION AND VENUE

4.     This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

5.     This Court has personal jurisdiction over the Defendant since Defendant conducts business in this district. Venue is proper in this District under 28 U.S.C. § 1391(b) because Plaintiff DeClements resides in this District and because the wrongful conduct giving rise to this case was directed from and to Plaintiff DeClements in this District.

CLASS ACTION COMPLAINT JURY DEMAND - 2

## COMMON ALLEGATIONS

6.      In recent years a troubling trend has surfaced in the real estate industry: cold calling owners of properties who have had their MLS listing expire or be canceled or withdrawn.

7.      However, cold calling consumers without consent using an autodialer or when their phone numbers are registered on the DNC is a violation of the TCPA.

8.      This recent trend of cold calling homeowners of expired listings has resulted in many consumers receiving an onslaught of unsolicited telemarketing calls to their cell phone after their listings expire or otherwise canceled or withdrawn, which ties up their phone lines and is a nuisance and aggravation.

9.      Defendant Re/Max is aware of this marketing trend and ratifies realtors' misconduct in a number of ways including (1) endorsing Landvoice as an "Approved Supplier" of Re/Max to its real estate agents, (2) providing Landvoice the platform at annual Re/Max events to solicit its service to Re/Max agents, (3) endorsing Coach Tom Ferry, who specifically recommends cold calling expired listing leads through services like Landvoice, as an "Approved Supplier" of Re/Max to its real estate agents, and (4) providing courses on Re/Max University available to all of Re/Max's agents such as Tom Ferry's "Breakthrough by Design" which specifically directs agents to call leads provided by Landvoice.

CLASS ACTION COMPLAINT JURY DEMAND - 3

**Re/Max University**

10.     Re/Max University is a learning resource provided to every Re/Max agent.

11.     In 2014, for the third consecutive year, Re/Max University was named by Training magazine as one of the best among corporate-sponsored training programs. [1]

12.     Re/Max has made it clear to its agents through Re/Max University that cold calling consumers leads to sales.

13.     There are numerous courses being offered through Re/Max University regarding prospecting, marketing and sales.

**Approved Suppliers: Landvoice**

14.     Re/Max maintains an Approved Suppliers program for its realtors. According to Re/Max, the Approved Supplier program "offers products and services to help [agents] successfully run [their] business."[2]

15.     As of February 2019, Landvoice was an "Approved Supplier" of Defendant Re/Max.

---

[1] https://www.remax.com/newsroom/press-releases/remax-university-under-new-leadership.htm
[2] https://shop.remax.net/collections/approved-suppliers

CLASS ACTION COMPLAINT JURY DEMAND - 4

16.     In fact, in order to ensure that its realtors use Landvoice, Re/Max agents are provided with "special Re/Max prices"[3] and Re/Max realtors even receive a discount of "1/2 off for the 1st month!"[4]



17.     Landvoice's leads are aggregated from expired listings from the MLS. Landvoice then uses state-of-the-art technology to "take additional steps to deliver the highest quality and quantity of owner contact information including cell phone numbers."[6] Landvoice uses technology to harvest the owner names of the expired listings and their associated phone numbers (including cell phone numbers and

---

[3] https://www.landvoicedata.com/remax/
[4] Id.
[5] https://www.landvoicedata.com/remax/
    [6] https://www.linkedin.com/company/landvoice/

CLASS ACTION COMPLAINT JURY DEMAND - 5

other numbers listed on the DNC) for each lead to ensure that the agent calling has the best chance of reaching the individual. (This type of lead gathering information has been commonly used by debt collectors for instance who use skip-tracing to track every possible contact related to a particular individual.)

18.     Landvoice's service includes the automatic loading of the Landvoice-generated leads lists, using a sequential number generator, into a "Power Dialer," an automatic telephone dialing system that "dial[s] leads" at a rate of 80 to 300 per hour and delivers a pre-recorded message if calls are not answered:[7]



---

[7] Landvoice's lists of leads are also intended by Landvoice to be easily integrated and loaded to any autodialer, not just the one provided as part of Landvoice's service. *See* blog available at, http://activerain.com/blogsview/1170875/mojo-and-landvoice--we-play-well-together---.

CLASS ACTION COMPLAINT JURY DEMAND - 6

19.   The problem with this whole system is that Landvoice is providing multiple phone numbers (including cell phone numbers and numbers listed on the DNC) along with access to an autodialer system to agents, and neither Landvoice nor the agents have consent to call these consumers' phone numbers using an autodialer in clear violation of the TCPA.

Notwithstanding, Re/Max has approved Landvoice as one of its "Approved Suppliers" to all of its realtors and directs its realtors to use the Landvoice system, which by definition knowingly promotes their violating the TCPA.

20.   In addition, Re/Max has included Landvoice as a regular participant in its annual R4 convention which hosts more than 6,000 Re/Max agents:



21.   Landvoice has also been invited to provide private training sessions for Re/Max franchises:

---



**Christoph Malzl** is with Mark Cabrera at RE/MAX Reinvented.
October 27, 2015 at 12:30 PM · Kensington, MD · ⊙ · ⊙

I just have to do a shout out to RE/MAX Reinvented in Kensington, MD!
When I stepped into their office to do a 2-hr #Landvoice prospecting
training, I immediately felt an unusual, exciting energy coming from
broker/owner Mark Cabrera and his amazing group of agents! You guys
really rock!!!

⁹

---

⁹ https://www.facebook.com/christoph.malzl.1
CLASS ACTION COMPLAINT JURY DEMAND - 8

1

2

3

4

5

6

7

8

9

10

11

12

13

14



[10]

15

16          22.      Landvoice is not the exclusive lead generation platform that Re/Max

17   agents use to cold call consumers. Other platforms include Vulcan7 and RedX. In

18   fact, RedX even has authorization to use Re/Max's logo on its main website:

19

20

21

22

23

24

25

26   ─────────────────

27

28   [10] *Id.*

CLASS ACTION COMPLAINT JURY DEMAND - 9



23.     Re/Max set the precedent for agents to use programs such as Landvoice in order to generate leads. In doing so, Re/Max ratified the use of programs like Landvoice for the sake of placing unsolicited calls to consumers.

**Approved Suppliers: SmartZip**

24.     Another popular supplier that Re/Max promotes is SmartZip: predictive marketing for real estate agents.

---

[11] https://theredx.com
CLASS ACTION COMPLAINT JURY DEMAND - 10

1

2



3

Home / All Products / SmartZip

4



5

6

7

## SmartZip

8

9

SmartZip is a national leader in analytics-powered targeted marketing solutions for the real estate industry.  SmartZip's SmartTargeting platform combines big data, patent-pending predictive analytics, and marketing automation to help agents identify and connect with the best listing prospects in any neighborhood across the United States.

10

11



12

12

Call: (855) 661-1064

13

14        25.    SmartZip provides agents with a platform that uses predictive

15   analytics to determine which homeowners are most likely to sell in the next few

16   months based on factors such as divorce, death and other significant life

17

18   events/changes.[13]

19        26.    Using a system such as SmartZip encourages a Re/Max agent to

20   contact a consumer *before* the consumer has even reached out for assistance in

21

22   selling their home, providing yet another market of potential leads that have not

23

24

25

26

27        [12] https://shop.remax.net/products/smart-zip

28        [13] http://www.prweb.com/releases/2014/02/prweb11613786.htm

CLASS ACTION COMPLAINT JURY DEMAND - 11

provided any consent to be called, similar to the leads provided by Landvoice for expired listings.

27.     All an agent has to do is look up an area that they are looking to represent a home in and use SmartZip to find opportunities for Re/Max agents to begin soliciting a sale from the most likely potential homeowners.

**Re/Max Coaching: Tom Ferry**

28.     Re/Max coaching and training programs are an integral part of the Re/Max franchise system.

29.     Re/Max lists Tom Ferry as an "Approved Supplier" on its main website:

1

2

3

4

5

6

7

8

9

10

11

12



14

13

14        30.    Ferry's training is also provided as a significant part of Re/Max

15   University:

16

17

18

19

20

21

22

23

24

25

26

27

28   [14] https://shop.remax.net/collections/approved-suppliers?page=2

1

2

3

4

5

6

7

8

9

10



15

11

12

13

14

15

16

17

18

19

20

21

22

23



16

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

31.    Ferry is known throughout the real estate industry as an expert when it comes to cold calling. In fact, Ferry provides scripts directly to agents, telling the agents exactly what they should say when placing cold calls to consumers:



[17]

32.    Relevant to this case, Ferry provides scripts regarding expired listings, telling agents exactly what they should say when placing an unsolicited call to a consumer with an expired listing:

_____

[17] https://www.tomferry.com/category/real-estate-scripts/

CLASS ACTION COMPLAINT JURY DEMAND - 15

# EXPIREDS

## DIALOGUE #1

" Hi ... I am looking for _____. This is _____ with _____. I noticed your home was no longer on the market. I was calling to see ... do you still want to sell it?

*[If it is clear they are getting lots of calls, use these effective lines]*

    • Are you just taking your home off the market?

    • Are you getting a lot of calls?

    • These agents are like rats coming out of the woodwork...aren't they?

    • Can you imagine if you had to work with these people everyday like I do?

1. If you ... sold this home ... where would you be going to next?

2. What is your time frame to be moved? (Ouch)                    18

33.    Coach Tom Ferry specifically trains real estate agents to cold call expired listings.

34.    As Tom Ferry puts it "When pursuing Expireds, persistence pays. It isn't about calling 100 Expired one time each. You're much better off calling 10 Expireds 10 times each."[19]

35.    In the Tom Ferry course "Breakthrough by Design" specifically promoted on Re/Max University, within the coursebook and in Session 1, Tom Ferry provides the tools to succeed, one of which is Landvoice.

_____

[18] http://www.tomferry.com/wp-content/uploads/2016/08/Agent-Script-Book.pdf

[19] https://www.tomferry.com/blog/7tips-expireds/

CLASS ACTION COMPLAINT JURY DEMAND - 16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CLASS ACTION COMPLAINT JURY DEMAND - 17



36.     By promoting Tom Ferry and his courses to its agents, Re/Max has ratified the core strategies of Ferry, which consists primarily of unsolicited telemarketing to consumers to drum up business.

37.     Ferry is an ideal representation of the values and direction Re/Max provides to its agents. Ferry even regularly promotes and encourages the use of Landvoice (and related systems) to agents.

38.     Despite its knowledge of the TCPA, Re/Max still directs and/or ratifies its realtors' cold calling, especially towards consumers with expired listings, through the directions to use and or ratification of realtors' use of lead generation systems and autodialers like Landvoice and trainers like Tom Ferry.

## PLAINTIFF TULI'S ALLEGATIONS

**Re/Max Realtors Repeatedly Called Plaintiff Tuli's Cell Phone Numbers Without His Consent, Despite His Numbers Being Listed on the DNC**

39.     Plaintiff Tuli is the subscriber of two telephone numbers that he uses for personal purposes only, and which he registered with the DNC on August 4, 2007 and September 8, 2011.

40.     One is a cellular phone number and the other is a Google Voice phone number that forwards directly to Plaintiff Tuli's cell phone.

41.     Plaintiff Tuli had a property listed for sale, but he caused the listing to be taken down by his realtor for a short period of time on July 16, 2018 so the listing could be changed. Re/Max realtors called him immediately after taking down his listing to solicit him to re-list his property with them.

42.     Not surprisingly, this is one of the advertised features of Landvoice: to immediately identify and allow agents to call phone numbers related to "expired" listings.[20]

_____

[20] Landvoice webpage, https://landvoice.com/.

CLASS ACTION COMPLAINT JURY DEMAND - 19



43.     The following chart provides a breakdown of the calls received by Tuli from Defendant's agents by phone number, calling phone number, date, and time:

**Plaintiff Tuli's Google DNC Protected Phone Number**

- July 17, 2018 at 9:12 AM using phone number 940-453-3585
- July 17, 2018 at 11:52 AM using phone number 972-251-0297
- July 17, 2018 at 8:18 AM using phone number 940-320-9656
- July 18, 2018 at 8:52 AM using phone number 940-320-9656
- July 18, 2018 at 10:05 AM using phone number 940-453-3585
- July 19, 2018 at 8:48 AM using phone number 940-320-9656

**Plaintiff Tuli's Cell Phone DNC Protected Number**

- July 18, 2018 using phone number 940-453-3585
- July 18, 2018 using phone number 972-251-0297
- July 18, 2018 using phone number 940-320-9656
- July 19, 2018 at 8:52 AM using phone number 940-320-9656

CLASS ACTION COMPLAINT JURY DEMAND - 20

- July 19, 2018 at 10:05 AM using phone number 940-453-3585
- July 24, 2018 using phone number 940-453-3585

44. The phone calls that Tuli received from 940-453-3585 were from Mike Rekart of Re/Max Legacy.

45. Rekart carries forward the marketing plan established and/or ratified by Re/Max's head office by placing unsolicited calls to consumers with expired listings.

46. There are numerous complaints posted online regarding unsolicited calls Rekart placed to consumers regarding expired listings. For example:

- "Licensed Real Estate Agent wanting us to relist our house with him. Won't. Stop. Calling."[21]
- "Got a call this morning."[22]
- "I just got a call from this number to my cell phone."[23]

47. The phone calls that Tuli received from 972-251-0297 were from Melissa Loan Bui of Re/Max Dallas Suburbs.

48. Re/Max Dallas Suburbs carries forward the marketing plan established and/or ratified by Re/Max's head office by ensuring that its agents are trained and guided by Tom Ferry.

---

[21] https://findwhocallsyou.com/9404533585?CallerInfo

[22] https://whocallsme.com/Phone-Number.aspx/9404533585

[23] https://800notes.com/Phone.aspx/1-940-453-3585

CLASS ACTION COMPLAINT JURY DEMAND - 21

49.     The Re/Max Dallas Suburbs Facebook page contains many references to Tom Ferry, encouraging agents to learn from Ferry directly. For example:



24

---



50.    In addition, Ivy Boland, the Broker/Owner of Re/Max Dallas Suburbs

lists herself as a mentor for Tom Ferry, meaning Boland is a mentor for Ferry's

coaching practices:

_____

[25] *Id.*

CLASS ACTION COMPLAINT JURY DEMAND - 23



**Ivy Boland**
Broker, Owner REMAX Dallas Suburbs

**RE/MAX Dallas Suburbs**
42 yrs

**Broker Manager**
Mar 1988 – Present · 31 yrs 7 mos
3915 McDermott Road, Plano TX 75025

REMAX Dallas Suburbs is an office owned by Top Producing Agents. Our core value is to help agents buiild a successful and prosperous career in Real Estate.
As Broker Manager my expertise is in the following:
New Agent Training
Mentor for Abundant Agent Training
Mentor for Star Power, Tom Ferry and Brian Buffini
Responsible for Office Administration, Office Policy,
Handle day to day Activiites and problem solving. See less

26

51.   Tuli was called by 940-320-9656. WhitePages Premium has this phone number listed as Re/Max Advantage, but it is not yet known which agent uses this number.

---

[26] https://www.linkedin.com/in/ivyboland/

1
2
3
4
5
6
7
8
9
10



27

11

12    52.    Caller complaints about 940-320-9656 show that the Re/Max

13 Advantage agent that uses this phone number regularly places unsolicited calls to

14
15 consumers with expired listings:

16    • "Just called the day after we took our house off the market. Never did
17       tell us his name just that he was with Remax, and asked a lot of
18       questions about our house and didn't know anything about it or from
         the listing."[28]
19
20    • "This person has called me and my husband multiple times and has
         contacted my estranged father asking questions about me and my
21       property that I recently took [off] the market. This has to stop."[29]

22

23

24 _____

25

26    [27] https://premium.whitepages.com/phone/1-940-320-9656

27    [28] https://800notes.com/Phone.aspx/1-940-320-9656

28    [29] https://whocallsme.com/Phone-Number.aspx/9403209656

CLASS ACTION COMPLAINT JURY DEMAND - 25

- "unsolicited call asking why we took house off the market."[30]

- "Some guy calling about property"[31]

- "Unsolicited call"[32]

53.    Plaintiff Tuli never provided his cellular phone number, or any phone number to Re/Max, or otherwise consented to any Re/Max agent placing solicitation telephone calls to the phone numbers Tuli placed on the DNC.

54.    On information and belief, many of the calls Tuli received were made by an autodialer since multiple Re/Max agencies called him, he received a high volume of calls, and Re/Max endorses autodialer use.

## PLAINTIFF DECLEMENTS' ALLEGATIONS

**Re/Max Realtors Called Plaintiff DeClements' Cell Phone Number Without His Consent Using a Prerecorded Message and/or Autodialer**

55.    Plaintiff DeClements had a property listed for sale, but he terminated his contract with the realtor that he was working with in the beginning of September 2019, causing his listing to be removed from the MLS.

---

[30] https://www.shouldianswer.com/phone-number/9403209656

[31] *Id*.

[32] *Id*.

CLASS ACTION COMPLAINT JURY DEMAND - 26

56.     On September 2, 2019 at 7:51 PM, the same day DeClements had the listing removed, he received a prerecorded voicemail on his cell phone from a Re/Max agent using phone number 602-413-8195. The prerecorded voicemail states:

"Hello, this is Monique at 602-413-8195. I had a couple of questions regarding your home and wanted to…" (The voicemail cuts off at this point.)

57.     DeClements believes this voicemail was prerecorded due to its generic nature and the fact that it cuts off prematurely before the full message plays.

58.     602-413-8195 is a phone number used by Monique Walker of Re/Max Excalibur.[33]

59.     Walker carries forward the marketing plan established and/or ratified by Re/Max's head office by placing unsolicited calls to consumers with expired listings.

60.     This has resulted in numerous consumer complaints that have been posted online. For example:

- "I continue to receive unwanted and unsolicited calls from Monique Walker of ReMax in regards to a real estate listing that expired LAST YEAR. I am on the National Do Not Call List and

---

[33] https://www.moniquesells.com/

CLASS ACTION COMPLAINT JURY DEMAND - 27

have filed a number of complaints, but that clearly doesn't matter to this 'person'."[34]

- "This agent has been calling my husband and I since 7 am this morning.. I call agents vultures now because as soon as listing gets taken off the market they swarm and try to pick it back up... LEAVE US ALONE!! There is a reason our MLS listing says to not bother us!!"[35]

- "I forgot my listing expired yesterday. That would explain the sudden calls I'm getting from unknown numbers. I google this one and found it belonging to a realtor in Phoenix along with this post. I blocked the number so she won't be getting through to me again... She won't be calling continually now!"[36]

- "Yes, this is a realtor looking to snag an expired listing. Mine just expired so I suppose I'll get a lot of these calls."[37]

- "Same as the rest, early morning call and no voicemail. My house just went off the market a few days ago."[38]

- "Annoying has calling 7 times even when asked to be removed from call list."[39]

61.    Walker has even posted a video online, encouraging consumers to

relist their homes with her realty franchise after the listing expired:

---

[34] https://800notes.com/Phone.aspx/1-602-413-8195

[35] *Id.*
[36] *Id.*
[37] *Id.*
[38] *Id.*
[39] *Id.*

CLASS ACTION COMPLAINT JURY DEMAND - 28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



62.     On September 3, 2019, DeClements received an autodialed call from a Re/Max realtor on his cell phone using phone number 480-544-4976. After a pause, and then what seemed to be a difficulty connecting to the realtor, the call disconnected, indicating the use of an autodialer. The realtor then called DeClements back, and after a pause, introduced himself as Michael with Re/Max.

[40] http://moniquewalker1.blogspot.com/2017/

CLASS ACTION COMPLAINT JURY DEMAND - 29

63. 480-544-4976 is a phone number used by Michael Kent, a Re/Max Infinity agent.[41]

64. Re/Max Infinity and Michael Kent himself carry forward the marketing plan established and/or ratified by Re/Max's head office by placing unsolicited calls to consumers with expired listings.

65. There are numerous complaints posted about calls consumers have received from Kent, including complaints related to expired listings and including complaints that show Kent uses an autodialer. For example:

- "Got several calls over a 10 minute period from this firm, offering to list a house in Gilbert, AZ, which we never owned. The calls were placed to my cell phone…"[42]

- "Relentlessly harassed me by calling my cell phone several times a day for about a week. Reported to FTC…"[43]

- "number keeps calling no answer and called back no one on the line annoying sales call"[44]

- "I don't live in Phoenix and do not know anyone who does. Stop calling"[45]

---

[41] http://7930camelback703.agentmarketing.com/mlsmax/loans.htm

[42] https://www.yelp.com/biz/michael-kent-re-max-infinity-chandler

[43] https://www.facebook.com/pg/TheMichaelKentTeam/reviews/?ref=page_internal

[44] https://www.reportedcalls.com/report/4805444976

[45] *Id.*

CLASS ACTION COMPLAINT JURY DEMAND - 30

- "This number keeps calling me as well. I have received probably 8 calls from them in the last 5 days."[46]

- "This number keeps calling me and I want it to stop."[47]

- "I received 5 calls in the last 24 hours from this number."[48]

66.     In addition, Re/Max Infinity itself strongly re-enforces the teachings and training of Tom Ferry that Re/Max's head office promotes.

67.     For example, the Facebook page for Re/Max Infinity contains numerous references to Tom Ferry's training, including:

---

[46] *Id.*
[47] *Id.*
[48] *Id.*

**Infinity & Associates Real Estate** is 😇 feeling blessed at
Infinity & Associates Real Estate.
September 25, 2018 · Chandler, AZ · 🌐

Part of being a great business owner is looking for inspiration, support
and leadership in your coworkers, mentors and favorite authors. Today's
message from Tom Ferry is just what the Doctor ordered.
#BeInspired #whyInfinity



YOUTUBE.COM
**Lessons of Success from 8 Extraordinary Individuals |
#TomFerryShow**

49

**Infinity & Associates Real Estate**
October 22, 2014 · 🌐

$50 savings on Tom Ferry course ends next week! Enter promo code
REMAX when purchasing BreakThrough By Design to enjoy the savings.
http://www.joinremax.com/.../Publ.../BTBD_RemaxPromoCode_OCT.pdf



50

---

[49] https://www.facebook.com/pg/InfinityRealEstateChandler/posts/?ref=page_internal

[50] *Id.*

CLASS ACTION COMPLAINT JURY DEMAND - 32

68.     Plaintiff DeClements has never provided his cellular phone number, or any phone number to Re/Max, or otherwise consented to any Re/Max agent placing solicitation telephone calls to his cell phone number.

69.     The unauthorized telephone calls made by Re/Max agents at Re/Max's direction, as alleged herein, have harmed Plaintiff Tuli and Plaintiff DeClements in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of their phones, in addition to the wear and tear on the phones' hardware (including the phones' battery) and the consumption of memory on the phones.

70.     Seeking redress for these injuries, Plaintiff Tuli and Plaintiff DeClements on behalf of themselves and Classes of similarly situated individuals, bring suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which prohibits unsolicited prerecorded and autodialed voice calls to cellular telephones, and unsolicited calls to telephone numbers registered on the DNC.

## CLASS ALLEGATIONS

**Class Treatment Is Appropriate for Plaintiffs' TCPA Claims**

71.     Plaintiff Tuli and Plaintiff DeClements bring this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following three Classes:

**Prerecorded No Consent Class:** All persons in the United States who from four years prior to the filing of this action (1) at least one of Defendant's realtors called, (2) using a prerecorded voice,

CLASS ACTION COMPLAINT JURY DEMAND - 33

(3) for a substantially similar reason that Plaintiff DeClements was called, and (4) for whom Defendant claims (a) they obtained prior express written consent in the same manner as Defendant claims they supposedly obtained prior express written consent to call Plaintiff DeClements, or (b) they did not obtain prior express written consent.

**Autodialed No Consent Class:** All persons in the United States who from four years prior to the filing of this action (1) at least one of Defendant's realtors called, (2) on the person's cellular telephone number, (3) using a calling platform substantially similar to the calling platform used to call Plaintiff Tuli and Plaintiff DeClements, and (4) for whom Defendant claims (a) they obtained prior express written consent in the same manner as Defendant claims they supposedly obtained prior express written consent to call Plaintiffs Tuli or DeClements, or (b) they did not obtain prior express written consent.

**Do Not Call Registry Class**: All persons in the United States who from four years prior to the filing of this action (1) Defendant's realtors called more than one time within any 12-month period, (2) where the person's residential telephone number had been

CLASS ACTION COMPLAINT JURY DEMAND - 34

listed on the DNC for at least thirty days, (3) for a substantially similar reason that Plaintiff Tuli was called, and (4) for whom Defendant claims (a) they obtained prior express written consent in the same manner as Defendant claims they supposedly obtained prior express written consent to call Plaintiff Tuli, or (b) they did not obtain prior express written consent.

72.    The following individuals are excluded from the Classes: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiffs' attorneys; (4) persons who properly execute and file a timely request for exclusion from the Classes; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendant have been fully and finally adjudicated and/or released. Plaintiff Tuli and Plaintiff DeClements anticipate the need to amend the Class definitions following appropriate discovery.

73.    **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Classes such that joinder of all members is impracticable.

74.    **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff Tuli, Plaintiff DeClements, and the Classes, and those questions predominate over any questions that may affect individual members of the Classes. Common questions for the Classes include, but are not necessarily limited to the following:

CLASS ACTION COMPLAINT JURY DEMAND - 35

(a)   whether Defendant ratified its real estate agents' use of a prerecorded message for calling phone numbers of expired leads without consent violating the TCPA;

(b)   whether Defendant ratified its real estate agents' use of an autodialer for calling cell phone numbers of expired leads without consent violating the TCPA;

(c)   whether Defendant's real estate agents used an automatic telephone dialing system to make their calls to Plaintiff Tuli, Plaintiff DeClements and the members of the Classes;

(d)   whether Defendant's real estate agents systematically made multiple telephone calls to Plaintiff Tuli, and consumers whose telephone numbers were registered with the National Do Not Call Registry;

(e)   whether Defendant's real estate agents made calls to Plaintiff Tuli, Plaintiff DeClements and members of the Classes without first obtaining prior express written consent to make the calls;

(f)   whether Defendant is liable under the TCPA for its realtors' conduct; and

(g)   whether members of the Classes are entitled to treble damages based on the willfulness of Defendant's conduct.

75.   **Adequate Representation**: Plaintiff Tuli and Plaintiff DeClements will fairly and adequately represent and protect the interests of the Classes, and has retained counsel competent and experienced in class actions. The Plaintiffs have no interests antagonistic to those of the Classes, and Defendant has no defenses unique to the Plaintiff's. Plaintiff Tuli, Plaintiff DeClements and their counsel are committed to vigorously prosecuting this action on behalf of the members of the

CLASS ACTION COMPLAINT JURY DEMAND - 36

Classes, and have the financial resources to do so. Neither Plaintiff Tuli, Plaintiff DeClements or their counsel have any interests adverse to the Classes.

76.     **Appropriateness**: This class action is also appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Classes and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Classes uniformly, and Plaintiffs' challenge of those practices hinges on Defendant's conduct with respect to the Classes as wholes, not on facts or law applicable only to the Plaintiff's. Additionally, the damages suffered by individual members of the Classes will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Classes to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF

**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff DeClements and the Prerecorded No Consent Class)**

77.     Plaintiff DeClements repeats and realleges paragraphs 1 through 76 of this Complaint and incorporates them by reference.

CLASS ACTION COMPLAINT JURY DEMAND - 37

78.     Defendant and/or its agents transmitted unwanted solicitation telephone calls to Plaintiff DeClements and the other members of the Prerecorded No Consent Class using a prerecorded voice message.

79.     These prerecorded voice calls were made *en masse* without the prior express written consent of the Plaintiff DeClements and the other members of the Prerecorded No Consent Class.

80.     Defendant has, therefore, violated 47 U.S.C. §§ 227(b)(1)(A)(iii), (b)(1)(B). As a result of Defendant's conduct, Plaintiff DeClements and the other members of the Prerecorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## SECOND CLAIM FOR RELIEF

**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiffs and the Autodialed No Consent Class)**

81.    Plaintiff Tuli and Plaintiff DeClements repeat and reallege paragraphs 1 through 76 of this Complaint and incorporate them by reference.

82.    Defendant's realtors made unwanted solicitation telephone calls to cellular telephone numbers belonging to Plaintiff Tuli and the other members of the Autodialed No Consent Class using equipment that, upon information and belief, had the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

83.    These solicitation telephone calls were made *en masse* without the prior express written consent of Plaintiff Tuli and the other members of the Autodialed No Consent Class.

84.    Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff Tuli and the other members of the Autodialed No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## THIRD CLAIM FOR RELIEF

**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Tuli and the Do Not Call Registry Class)**

85.    Plaintiff Tuli repeats and reallege paragraphs 1 through 76 of this Complaint and incorporates them by reference.

CLASS ACTION COMPLAINT JURY DEMAND - 39

86.    The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

87.    47 C.F.R. § 64.1200(e), provides that § 64.1200(c) is "applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."[51]

88.    Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Tuli, and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

89.    Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Tuli, and the Do Not Call Registry Class received more than one telephone call in a 12-month period made by or on behalf of Defendant in violation of 47 C.F.R. § 64.1200, as described above. As a result of Defendant's conduct as alleged herein, Plaintiff Tuli, and the Do Not Call Registry Class are each entitled to up to $1,500 in damages for each violation.

## PRAYER FOR RELIEF

---

[51] *Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, CG Docket No. 02-278, Report and Order, 18 FCC Rcd 14014 (2003).

CLASS ACTION COMPLAINT JURY DEMAND - 40

**WHEREFORE**, Plaintiffs Tuli and DeClements, individually and on behalf of the Classes, pray for the following relief:

90.     An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff Tuli and Plaintiff DeClements as the representatives of the Classes; and appointing their attorneys as Class Counsel;

91.     An award of actual and/or statutory damages and costs;

92.     An order declaring that Defendant's actions, as set out above, violate the TCPA;

93.     An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Classes; and

94.     Such further and other relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff Tuli and Plaintiff DeClements request a jury trial.


Dated: October 23, 2019


By: /s/ *Nathan Brown*
Nathan Brown
Telephone: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com
*Local Counsel for Plaintiff and the putative Class*



LAW OFFICES OF STEFAN COLEMAN, P.A.
Stefan Coleman (*pro hac vice forthcoming*)
law@stefancoleman.com
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Telephone: 877.333.9427
Fax: 888.498.8946

CLASS ACTION COMPLAINT JURY DEMAND - 41

KAUFMAN P.A.
Avi R. Kaufman (*pro hac vice forthcoming*)
kaufman@kaurmanpa.com
400 NW 26th Street
Miami, FL 33127
Telephone: 305.469.5881

*Attorneys for Plaintiff Tuli and the putative Classes*

CLASS ACTION COMPLAINT JURY DEMAND - 42