IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-02075-DDD-SKC

DANIEL DECLEMENTS, and
SAM TULI

      Plaintiffs,

v.

RE/MAX LLC,

      Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant RE/MAX LLC's Motion to Dismiss [Docket No. 48] of United States District Judge Daniel D. Domenico entered on October 13, 2020, it is

ORDERED that Defendant RE/MAX's Motion to Dismiss [Docket No. 29] is GRANTED.  It is further

ORDERED that judgment shall enter for defendant and against plaintiffs.

Dated at Denver, Colorado this 14th day of October, 2020.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
      Deputy Clerk